UAET (02-2008)



# Unopposed Application for Extension of Time to Answer or Respond to Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10cv457

Name of party requesting extension: EMC Corporation; RSA Security LLC; RSA Security, Inc.

Is this the first application for extension of time in this case?   ☒ Yes
 ☐ No

If no, please indicate which application this represents:   ☐ Second
 ☐ Third
 ☐ Other _____

Date of Service of Summons: September 23, 2010

Number of days requested:   ☒ 30 days
 ☐ 15 days
 ☐ Other ____ days

New Deadline Date: November 15, 2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:   I. Neel Chatterjee
State Bar No.: 173985
Firm Name:   Orrick, Herrington & Sutcliffe LLP
Address:   1000 Marsh Road
 Menlo Park, CA 94025

Phone:   650-614-7400
Fax:   650-614-7401
Email:   nchatterjee@orrick.com

A certificate of conference does not need to be filed with this unopposed application.

American LegalNet, Inc.
www.Forms*Workflow*.com