**Appendix K**  Revised: 4/19/10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## TYLER DIVISION
## APPLICATION TO APPEAR PRO HAC VICE



FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 12 2010
DAVID J MALAND, CLERK
BY _____ DEPUTY

1. This application is being made for the following: Case # **6:10-CV-00457-LED**
Style: **Wordcheck Tech, LLC v. Alt-N-Technologies, LTD., et al.**
2. Applicant is representing the following party/ies: **Red Earth Software**
3. Applicant was admitted to practice in **CA/CO** (state) on **1986/2006** (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
**California State Courts, Colorado State Courts, United States District Courts** — Northern Dist. CA, Central Dist. CA, Eastern Dist. CA, District of Colorado, District of Nevada, Central District of Tennessee
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, **Keith A. Shandalow**, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date **10/7/2010**    Signature **/s/ Keith A. Shandalow**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Keith A. Shandalow
State Bar Number CO -
Firm Name: Law Offices of Keith A. Shandalow, P.C.
Address/P.O. Box: 2299 Pearl Street, Suite 106
City/State/Zip: Boulder, CO 80302
Telephone #: (303) 443-0168
Fax #: (303) 443-0441
E-mail Address: Keith@Shandalow.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____10/13/10_____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____MLL_____
Deputy Clerk

```
Court Name: Eastern District of Texas
Division: 1
Receipt Number: TXE100000086
Cashier ID: pb
Transaction Date: 10/12/2010
Payer Name: LAW OFC OF KEITH SHANDALOW
------------------------------------
PRO HOC VICE
 For: LAW OFC OF KEITH SHANDALOW
 Case/Party: D-TXE-6-11-AA-999999-001
 Amount:         $100.00
------------------------------------
CHECK
 Remitter: LAW OFFICES OF KEITH SHANDALOW
 Check/Money Order Num: 1200
 Amt Tendered: $100.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

PHV FEES IN 6:10CV457  FOR ATTORNEY
KEITH A SHANDALOW


ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```