IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WORDCHECK TECH LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALT-N TECHNOLOGIES, LTD.; APPRIVER LLC; ATHENA ARCHIVER, INC.; AWARENESS TECHNOLOGIES, INC.; AXS-ONE, INC.; BITDEFENDER LLC; BLUE COAT SYSTEMS, INC.; CA, INC. D/B/A CA TECHNOLOGIES; CHECK POINT SOFTWARE TECHNOLOGIS, INC.; CHECK POINT SOFTWARE, LLC; CODE GREEN NETWORKS INTERNATIONAL, INC.; CODE GREEN NETWORKS, INC.; COMPUTER ASSOCIATES INTERNATIONAL, INC.; COMPUTER MAIL SERVICES, INC.; ELECTRIC MAIL (INTERNATIONAL) L.P.; EMC CORPORATION; ENTRUST, INC. D/B/A ENTRUST TECHNOLOGIES, INC.; ESOFT, INC.; FACETIME COMUNICATIONS, INC.; FIDELIS SECURITY SYSTEMS, INC.; FORTINET, INC.; GFI SOFTWARE DEVELOPMENT, LTD.; GFI USA, INC.; GLOBAL RELAY COMMUNICATIONS, INC.; GLOBAL RELAY USA, INC.; GTB TECHNOLOGIES, INC.; INTEGO, INC.; IRON MOUNTAIN INC. D/B/A IRON MOUNTAIN COMPANY; ITECH, INC.; J2 GLOBAL COMMUNICATIONS, INC.; LIVEOFFICE HOLDINGS, LLC; LIVEOFFICE, LLC; MICROWORLD TECHNOLOIES, INC.; MIMECAST NORTH AMERICA, INC.; MIMECAST SERVICES LTD.; MIMECAST, LTD.; MIMOSA SYSTEMS, INC.; PALISADE SYSTEMS, | CIVIL ACTION NO. 6:10-cv-00457-LED |

INC.; PERMESSA CORPORATION; QUEST SOFTWARE, INC.; RED EARTH SOFTWARE (UK) LTD.; RED EARTH SOFTWARE, INC.; ROCKLIFFE SYSTEMS D/B/A ROCKCLIFFE SYSTEMS, INC. D/B/A ROCKLIFFE, INC. D/B/A MAILSITE, INC.; RSA SECURITY, INC.; RSA SECURITY LLC; SAFENET, INC.; SHERPA SOFTWARE GROUP, INC. D/B/A SHERPA SOFTWARE; SHERPA SOFTWARE GROUP, L.P. A/K/A SHERPA SOFTWARE PARTNERS, L/P. D/B/A SHERPA SOFTWARE; SMARSH, INC.; SOLINUS, INC. D/B/A MAILFOUNDRY; ST. BERNARD SOFTWARE, INC.; THE ELECTRIC MAIL COMPANY; TRUSTWAVE CORPORATION; TRUSTWAVE HOLDINGS, INC.; UNIFY CORPORATION; VERDASYS INC.; VERICEPT CORPORATION; VIRTUALCONNECT TECHNOLOGIES, INC.; WATCHGUARD TECHNOLOGIES, INC.; WATERFORD TECHNOLOGIES GROUP, LTD. D/B/A WATERFORD TECHNOLOGIES GROUP; WATERFORD TECHNOLOGIES, INC. D/B/A SEATTLELAB, INC. D/B/A SEATTLELAB; WORKSHARE TECHNOLOGY, INC. D/B/A WORKSHARE, INC.; ZL TECHNOLOGIES, INC.; and ZSCALER, INC.

    Defendants.

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Robert A. McFarlane, of Carroll, Burdick & McDonough LLP, is entering an appearance in this matter for Defendant BITDEFENDER LLC, for the purpose of receiving notices and orders from the Court.

Dated: October 14, 2010

Respectfully submitted,

By /s/ Robert A. McFarlane
    Robert A. McFarlane
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Robert A. McFarlane
California Bar No. 172650
Attorneys for Defendant BitDefender LLC

LEAD ATTORNEY TO BE NOTICED

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| Representing | Attorney | Email | Address |
|---|---|---|---|
| **Plaintiff WordCheck Tech, LLC** | Andrew W. Spangler | spangler@spanglerlawpc.com | **Spangler Law PC** 208 N. Green Street, Suite 300, Longview, TX 75601 |
| **Plaintiff WordCheck Tech, LLC** | Andrew P. Tower Erick S. Robinson Henry M. Pogerzelski Michael J. Collins Stephen F. Schlather John J. Edmonds | atower@cepiplaw.com erobinson@cepiplaw.com hpogorzelski@cepiplaw.com mcollins@cepiplaw.com sschlather@cepiplaw.com jedmonds@cepiplaw.com | **Collins Edmonds & Pogorzelski** 1616 S. Voss, Suite 125, Houston, TX 77057 |
| **Defendant Alt-N Technologies, Ltd.** | Brian R. Nester Kevin C. Wheeler | bnester@sidley.com kwheeler@sidley.com | **Sidley Austin –WA**, 1501 K Street NW, Washington, DC, 20005 |
| **Defendant Alt-N Technologies, Ltd.** | Li Chen | lchen@sidley.com | **Sidley Austin – Dallas** 717 N. Harwood, Suite 3400, Dallas, CT 75201 |
| **Defendant Alt-N Technologies, Ltd. Trustwave Corporation Vericept Corporation** | Eric H. Findlay | efindlay@findlaycraft.com bcraft@findlaycraft.com | **Findlay Craft** 6760 Old Jacksonville Hwy, Suite 101 Tyler, TX 75703 |
| **Defendant Alt-N Technologies, Ltd.** | Roger B. Craft | bcraft@findlaycraft.com | **Findlay Craft** 6760 Old Jacksonville Hwy, Suite 101 Tyler, TX 75703 |
| **Defendant Alt-N Technologies, Ltd.** | Joe W. Redden, Jr | jredden@brsfirm.com | **Beck Redden & Secrest LLP** One Houston Center 1221 McKinney Street, Suite 4500, Houston, TX 77010 |

# CERTIFICATE OF SERVICE

| Representing | Attorney | Email | Address |
|---|---|---|---|
| Defendant<br>Appriver LLC | Jonathan D. Pauerstein | jpauerstein@trpsalaw.com | **Tuggey Rosenthal Pauerstein Sandoloski Agather LLP**<br>755 E. Mulberry Street, Suite 200<br>San Antonio, TX 78212 |
| Defendant<br>AXS-One, Inc.<br>Global Relay Communications, Inc.<br>Global Relay USA, Inc.<br>Unify Corporation<br>WatchGuard Technologies, Inc. | Roderick B. Williams | Rick.williams@klgates.com | **K&L Gates LLP**<br>111 Congress, Avenue, Suite 900<br>Austin, TX 78701 |
| Defendant<br>CA, Inc,<br>d/b/a CA Technologies<br>Computer Associates International, Inc.<br>GFI Software Development, Ltd.<br>GFI USA, Inc.<br>Intego, Inc. | Elizabeth L. DeRieux | ederieux@cabshawlaw.com | **Capshaw DeRieux, LLP**<br>1127 Judson Road, Suite 220<br>Longview, TX 75601-5157 |
| Defendant<br>Electric Mail (International) L.P.<br>j2 Global Communications, Inc.<br>The Electric Mail Company | Douglas R. McSwane, Jr. | dougmcswane@pottermintion.com | **Potter Minton**<br>P.O. Box 359<br>Tyler, TX 75710 |
| Defendant<br>EMC Corporation<br>RSA Security, Inc.<br>RSA Security, LLC | Indra Neel Chatterjee | Nchatterjee@orrick.com | **Orrick Herrington & Sutcliffe**<br>1000 Marsh Road<br>Menlo Park, CA 94025 |
| Defendant<br>Fidelis Security Systems, Inc. | Caroline Cook Maxwell | ccook@pattonboggs.com | **Patton Boggs LLP - Dallas**<br>2000 McKinney Avenue<br>Suite 1700<br>Dallas, TX 75201 |

## CERTIFICATE OF SERVICE

| Representing | Attorney | Email | Address |
|---|---|---|---|
| Defendant<br>Fidelis Security Systems, Inc. | Kevin M. Bell<br>Scott A. Chambers | kbell@pattonboggs.com<br>schambers@pattonboggs.com | **Patton Boggs LLP – VA**<br>8484 Westpark Drive, Suite 900<br>McLean, VA 22102 |
| Defendant<br>Fidelis Security Systems, Inc. | Richard J. Oparil | roparil@pattonboggs.com | **Patton Boggs LLP – WA**<br>2550 M Street, NW<br>Washington, DC 20037 |
| Defendant<br>Iron Mountain Inc. d/b/a Iron Mountain Company<br>Mimosa Systems, Inc. | Clay Erik Hawes | ehawes@morganlewis.com | **Morgan Lewis & Bockius**<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002 |
| Defendant<br>Mimecast North America, Inc.<br>Mimecast Services, Ltd.<br>Mimecast, Ltd. | John Frederick Bufe | johnbufe@potterminton.com | **Potter Minton**<br>P.O. Box 359<br>Tyler, TX 75710 |
| Defendant<br>Quest Software, Inc. | Joseph K. Liu | jliu@onellp.com | **One LLP**<br>4000 MacArthur West Tower, Suite 1100<br>Newport Beach, CA 92660 |
| Defendant<br>Red Earth Software (UK) Ltd.<br>Red Earth Software, Inc. | Keith Shandalow | keith@shandalow.com | Attorney at Law<br>2299 Pearl Street, Suite 106<br>Boulder, CO 80302 |
| Verdasys Inc. | Mack Ed Swindle | mswindle@whitakerchalk.com | **Whitaker Chalk Swindle & Sawyer**<br>301 Commerce Street<br>3500 City Center, Tower II, Fort Worth, TX 76102 |

on this 14t$^h$ day of October, 2010.

/s/ Robert A. McFarlane
Robert A. McFarlane