

To,
United States District Court
Eastern District of Texas
100 East Houston St.
Marshall, TX 75670

**RE:   CASE: 6:10-cv-00457-LED**
       **Civil Action No. 6:10-cv-00457-LED**

Request: <u>Extension of Time to file a response</u>

Defendant, MicroWorld Technologies, Inc. is seeking the court's permission for an extension of time to submit a response to Plaintiff, WORDCHECK TECH, LLC for 45 (forty-five) days, up to and including December 5, 2010. The documents for the Summons was dropped off at the Defendant, MicroWorld Technologies, Inc 's office on September 29, 2010 and received by me on October 1, 2010. This extension is required to prepare an appropriate response to WORDCHECK TECH, LLC.

Defendant, MicroWorld Technologies, Inc. is respectfully requesting the Court to grant an extension of time to respond to the summons up to and including December 5, 2010

Dated: October 18, 2010

Respectfully submitted,
By:   Rohini Sonawane
      COO, MicroWorld Technologies, Inc.
      AUTHORIZED REPRESENTATIVE FOR
      MICROWORLD TECHNOLOGIES, INC.

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 19 2010

33045 Hamilton Court East, Suite 105, Farmington Hills, MI 48334-3385. U.S.A.
Tel: (248) 848 9081 / 848 9084 • Fax: (248) 848 9085 • E-mail: sales@mwti.net • Website: http://www.mwti.net

**Extremely Urgent**

Customer: This service area is provided for your internal use and convenience. Service must be marked on airbill.

FedEx Service 1st use:

FedEx Service 2nd use:

**FedEx® Envelope**
Express

Weight Limit: 8 Ounces
for FedEx Envelope Rate†

**New Reusable Envelope**
Use this envelope twice!

From: Origin ID: DEQA (248) 848-9081
Rohm Sonawane
MicroWorld Technologies
33045 HAMILTON CT STE 105
FARMINGTON HILLS, MI 48334

Ship Date: 18OCT10
ActWgt: 0.5 LB
CAD: 4609368/INET3090

SHP TO: (903) 935-2912   BILL SENDER
Case # 6:10-cv-00457-LED
United States District Court
100 E HOUSTON ST

MARSHALL, TX 75670



Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #



TRK# 7963 5418 2772   TUE - 19 OCT AA
0201                   PRIORITY OVERNIGHT

                       75670
                       TX-US
XX GGGA                SHV



/ Liability Information

:e within the U.S., the maximum declared
:nvelope is $500. For domestic shipments
m declared value allowed for a FedEx
liability of FedEx for loss, damage, delay,
is limited to $100 unless a higher value is
;e paid. Shipments with a value greater than
ada) should not be shipped in this envelope.
le FedEx Service Guide for more details.

nents by surface or air in FedEx Envelope
ue for carriage and customs may not exceed
nvention liability limit (in the U.S., $9.07 per
er. International shipments with a value in
00 or the Warsaw Convention liability limit
is envelope. The liability of FedEx for
ternational shipments by surface or air may
is, including the Warsaw Convention. Please
Ex Service Guide or the FedEx International

visit us at fedex.com.
IEx 1.800.463.3339 for domestic shipments;
onal shipments. Customers outside the U.S.,



After printing this label
158011
158011F50
REV 1/04 RT




100% Recycled Paperboard