IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| WORDCHECK TECH LLC | |
| v. | NO. 6:10-CV-00457 |
| ALT-N TECHNOLOGIES, LTD., ET AL. | JURY |

## PLAINTIFF'S ANSWER TO APPRIVER'S COUNTERCLAIMS

Plaintiff WordCheck Tech LLC ("WordCheck") answers the counterclaims (Dkt No. 286) of AppRiver LLC ("AppRiver"), by corresponding paragraph number, as follows:

### PARTIES

1. Admitted.

2. Admitted that WordCheck is a Nevada limited liability company with its principal place of business in Longview, Texas.

### JURSIDICTION

3. Admitted that AppRiver seeks declaratory relief against WordCheck. Admitted there is a legal case or controversy for purposes of subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

4. Admitted.

5. Admitted. Denied as to merits of counterclaims.

### COUNT ONE
### DECLARATORY JUDGMENT FOR INVALIDITY AND
### NON-INFRINGEMENT OF THE '510 PATENT

6. WordCheck's answers to paragraphs 1-5 are incorporated herein.

7. Admitted that AppRiver seeks declaratory relief against WordCheck. Denied as to merits of counterclaims.

8. Admitted that John N. Gross and Anthony N. Gross are the named inventors of the '510 patent and that the '510 patent originally issued to them, that WordCheck holds all right, title and interest in and to the '510 patent, that the '510 patent is valid and enforceable, and that AppRiver infringes the '510 patent.

9. Admitted that AppRiver denies that it has infringed or is infringing the '510 patent. Denied as to the merits of AppRiver's assertions.

10. Denied.

11. Denied

12. Denied.

13. WordCheck objects that AppRiver fails to state a claim in Paragraph 13 upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). WordCheck further objects that it is entitled to a more definite statement by AppRiver of its assertions in Paragraph 13 under Fed. R. Civ. P. 12(e). Subject to, and without waiver of, the foregoing objections, Paragraph 13 is denied.

## PRAYER FOR RELIEF

A-F. To the extent necessary, WordCheck denies that AppRiver is entitled to the relief requested in its prayer for relief. WordCheck denies this is an exceptional case from the perspective of AppRiver being entitled to any such finding. WordCheck admits that this is an exceptional case from the perspective of WordCheck obtaining such a finding against AppRiver. In addition, to the extent necessary, WordCheck generally denies any allegation in the counterclaims not specifically admitted above, and WordCheck re-alleges infringement,

enforceability, validity and damages, and denies any allegations in the counterclaim adverse to same.

## PRAYER FOR RELIEF

WHEREFORE, WordCheck respectfully requests that this Court enter judgment denying and dismissing AppRiver's counterclaims, and that the Court enter judgment in favor of WordCheck as requested in WordCheck's complaint, as amended or supplemented.

December 20, 2010                                       Respectfully submitted,

                                                        WORDCHECK TECH LLC

                                                        By: /s/ Andrew Tower
                                                        John J. Edmonds – LEAD COUNSEL
                                                        Texas Bar No. 789758
                                                        Andrew P. Tower
                                                        Texas Bar No. 786291
                                                        Steve Schlather
                                                        Texas Bar No. 24007993
                                                        Michael J. Collins
                                                        Texas State Bar No. 04614510
                                                        Henry Pogorzelski
                                                        Texas State Bar No. 24007852
                                                        COLLINS, EDMONDS & POGORZELSKI, PLLC
                                                        1616 S. Voss Rd., Suite 125
                                                        Houston, Texas 77057
                                                        Telephone: (281) 501-3425
                                                        Facsimile: (832) 415-2535
                                                        jedmonds@cepiplaw.com
                                                        atower@cepiplaw.com
                                                        sschlather@cepiplaw.com
                                                        mcollins@cepiplaw.com
                                                        hpogorzelski@cepiplaw.com

                                                        Andrew W. Spangler
                                                        Texas Bar No. 24041960
                                                        Spangler Law P.C.
                                                        208 N. Green Street, Suite 300
                                                        Longview, Texas 75601
                                                        (903) 753-9300
                                                        (903) 553-0403 (fax)

spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
WORDCHECK TECH, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

December 20, 2010                          /s/ *Andrew P. Tower*
                                                            Andrew P. Tower