IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **WORDCHECK TECH, LLC,** | § § § | |
| Plaintiff, | § § | |
| vs. | § | CASE NO. 6:10-CV-457-LED |
| **ALT-N TECHNOLOGIES, LTD., ET AL.** | § § § | |
| Defendants. | § § § | |

**ORDER**

Before the Court are Docket Nos. 675, 738, and 744. As stated at the hearing on October 16, 2012:

- EMC Corp., RSA Security, Inc., and RSA Security, LLC's Renewed Motion to Dismiss for Misjoinder or, in the Alternative, to Sever and Transfer Claims to the District of Massachusetts (Docket No. 675) will be granted. The Court will order that WordCheck's actions against Defendants EMC Corp., RSA Security, Inc., and RSA Security, LLC be severed into a separate action and transferred to the District of Massachusetts. The Court held a *Markman* hearing in this case on August 21, 2012, and its claim construction opinion will be issued shortly. This case will be transferred after the Court issues its claim construction opinion so the District of Massachusetts will have the beneift of this Court's claim opinion when the case is transfered.  A full opinion will follow.
- Non-Party Capital One Services, LLC's Motion to Quash Subpoena (Docket No. 738) is **DENIED**. The parties are **ORDERED** to meet and confer and submit a protective order covering Capital One by October 29, 2012.

1

- Plaintiff's Motion to Compel Defendant EMC to Fully Respond to Interrogatory and to Provide a Prepared 30(b)(6) Witness (Docket No. 744): The parties represented to the Court that the contested issues in this motion would be resolved by November 2, 2012. If the issues have not been resolved by November 7, 2012, the parties are **ORDERED** to call the Court's hotline number. WordCheck is **ORDERED** to file a notice withdrawing its motion when the contested issues have been resolved.

**So ORDERED and SIGNED this 19th day of October, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**